**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

# NOTICE OF ASSIGNMENT AND STANDING ORDER

Please be advised that this case has been assigned to the Hon. Antonio M. Pozos.

Counsel shall follow Judge Pozos's Policies and Procedures which can be found at https://www.paed.uscourts.gov/judges-info/district-court-judges/antonio-m-pozos.

To the extent Counsel has not done so, Counsel must upload a Civil Cover Sheet and Designation Form with the initial filing.

Counsel are reminded that, pursuant to Fed. R. Civ. P. 7.1(a)(1)&(b), all nongovernmental corporate parties must file an appropriate disclosure statement with its first appearance, pleading, petition, motion, response or other request addressed to the court, and must further promptly file a supplemental statement if any required information changes. A Disclosure Statement Form is available on the Court's website at https://www.paed.uscourts.gov/forms/forms-miscellaneous.

This Order also serves as a reminder to Counsel that pursuant to Fed. R. Civ. P. 7.1(a)(2), in any action based on diversity under 28 U.S.C. § 1332(a), a party must file a disclosure statement that names and identifies the citizenship of every individual or entity whose citizenship is attributed to that party when the action is removed to federal court and when any later event occurs that could affect the Court's diversity jurisdiction. A Disclosure of Citizenship 7.1(a)(2) form is also available on the Court website at https://www.paed.uscourts.gov/forms/forms-miscellaneous.

Date: 10/13/2026

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**